RESCH LAW, PLLC d/b/a Conviction Solutions
By: Jamie J. Resch
Nevada Bar Number 7154
2620 Regatta Dr., Suite 102
Las Vegas, Nevada, 89128
Telephone (702) 483-7360
Facsimile (800) 481-7113
Jresch@convictionsolutions.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SYAH REDBIRD,<br><br>                    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>                    Defendants. | Case No. 2:21-cv-00500-APG-VCF<br><br>**ORDER FOR EXTENSION OF TIME** |

Comes now Plaintiff, through her attorney, Jamie J. Resch, and Defendants, Las Vegas Metropolitan Police Department, Daniel Madrid and Perry Crooks, by and through their attorneys Kaempfer Crowell, and hereby stipulate to a fourteen-day extension of time, from September 17, 2021 to October 1, 2021, for Plaintiff to file an amended complaint pursuant to the Court's order of August 17, 2021 (ECF #20).

| | |
|---|---|
| KAEMPFER CROWELL | RESCH LAW, PLLC |
| /s/Kristopher J. Kalkowski | /s/ Jamie J. Resch |
| KRISTOPHER KALKOWSKI<br>Attorney for Defendants | JAMIE J. RESCH<br>Attorney for Petitioner |
| Dated this 2nd day of September, 2021 | Dated this 2nd day of September, 2021 |

**ORDER**

Based upon the foregoing stipulation between the parties, IT IS ORDERED that the time to file an amended complaint pursuant to the Court's order of August 17, 2021 (ECF #20) is extended to October 1, 2021.

DATED: September 2, 2021

_____
UNITED STATES DISTRICT JUDGE