UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SYAH REDBIRD,<br><br>    Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants | Case No.: 2:21-cv-00500-APG-VCF<br><br>**Order Dismissing Case** |

On February 9, 2022, the defendants filed a notice suggesting the death of plaintiff Syah Redbird. ECF No. 32. Under Federal Rule of Civil Procedure 25(a)(1), when "a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed."

More than 90 days have passed, and no motion to substitute has been filed. I therefore dismiss Redbird's claims with prejudice.

I THEREFORE ORDER that plaintiff Syah Redbird's claims in this case are DISMISSED with prejudice. The clerk of court is instructed to enter judgment in favor of the defendants and against the plaintiffs and to close this case.

DATED this 18th day of May, 2022.

                                                     ANDREW P. GORDON<br>
                                                   UNITED STATES DISTRICT JUDGE